UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KALO RAWN HILL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-999-R |
| | ) |
| GRADY COUNTY LAW | ) |
| ENFORCEMENT CENTER, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4] and dismisses the Petition.

IT IS SO ORDERED this 30th day of October, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1